| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STRADLING YOCCA CARLSON & RAUTH LLP<br>Gregory K. Jones (SBN 181072)<br>gjones@stradlinglaw.com<br>10100 N. Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>Telephone:  (424) 214-7000<br>Facsimile:  (424) 214-7010<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>Regal Investment Properties LLC,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:26-bk-10496-MB<br><br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]** |
| | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1.  Movant(s) Subchapter V Trustee Gregory K. Jones_____,
    filed a motion or application (Motion) entitled Subchapter V Trustee's Motion and Request for Retainer Pursuant to Local Bankruptcy Rule 2016-1(E)_____.

2.  Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3.  The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

    ☒  The full Motion is attached to this notice; or

    ☐  The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4.  **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:**  Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

a.   If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b.   If you fail to comply with this deadline:

(1)   Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2)   Movant will lodge an order that the court may use to grant the Motion; and

(3)   The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date:  04/29/2026

/s/ Gregory K. Jones
Signature of Movant or attorney for Movant

Gregory K. Jones
Printed name of Movant or attorney for Movant

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**File a Motion:**

1:26-bk-10496-MB Regal Investment Properties LLC

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (San Fernando Valley) |
| Assets: y | Judge: MB | Case Flag: Subchapter_V, PlnDue |

**U.S. Bankruptcy Court**

**Central District of California**

Notice of Electronic Filing

The following transaction was received from Gregory Kent Jones (TR) entered on 4/29/2026 at 12:06 PM PDT and filed on 4/29/2026
**Case Name:**          Regal Investment Properties LLC
**Case Number:**        1:26-bk-10496-MB
**Document Number:** 29

**Docket Text:**
Application for Compensation *Subchapter V Trustees Motion and Request for Retainer Pursuant to Local Bankruptcy Rule 2016-1(E)*. Filed by Attorney Gregory Kent Jones (TR) (Jones (TR), Gregory)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Subchapter V Trustees Motion and Request for Retainer Pursuant to Local Bankruptcy Rule 2016-1(E).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=4/29/2026] [FileNumber=110808426
-0] [5bb935e912a6315a6415da4e9234b4007d5e8022f5ca53d1a196fd0ae86082c14
46e8a91a4dae0e1757ea418e121486e90f88f022c6ebe13a37abd1e0e657e8e]]

**1:26-bk-10496-MB Notice will be electronically mailed to:**

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Gregory Kent Jones (TR)
gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com

Roksana D. Moradi-Brovia on behalf of Debtor Regal Investment Properties LLC
Roksana@rhmfirm.com,
matt@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.c

Matthew D. Resnik on behalf of Debtor Regal Investment Properties LLC
matt@rhmfirm.com,
roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfi

Edward A Treder on behalf of Interested Party Courtesy NEF
cdcaecf@bdfgroup.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:26-bk-10496-MB Notice will not be electronically mailed to:**

RHM Law LLP
,

GREGORY K. JONES, State Bar No. 181072
  gjones@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
10100 N. Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Telephone:  424-214-7000
Facsimile:  424-214-7010

Subchapter V Trustee for
**Regal Investment Properties LLC**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DIVISION OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| In re: | CASE NO. 1:26-bk-10496-MB |
|---|---|
| Regal Investment Properties LLC, | Chapter 11 |
| Debtor. | **SUBCHAPTER V TRUSTEE'S MOTION AND REQUEST FOR RETAINER PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(E)** |
| | [Hearing Only Required if Party Requests – Local Rule 9013-1(o)(1)] |

STRADLING YOCCA
CARLSON & RAUTH

Gregory K. Jones, the Subchapter V Trustee ("Trustee") appointed in the above-captioned bankruptcy case of Regal Investment Properties LLC (the "Debtor"), hereby submits his *Motion and Request for Retainer Pursuant to Local Bankruptcy Rule 2016-1(e)* (the "Request"). In support of his Request, the Trustee respectfully represents as follows:

1.    Local Bankruptcy Rule ("LBR") 2016-1(e) provides, in relevant part, as follows:

> At any status conference the court may rule on any request of the Subchapter V Trustee to order a retainer or any other proposed assurance that the trustee will be paid any allowed fees and expenses. The trustee is not required to make that request in any separate document if it is included in the debtor's status report; but the trustee may file a separate application for an order establishing a retainer or other assurances of payment, which must be served on the debtor, any creditors asserting a secured claim, the United States Trustee, and any other persons the court may require. In ordering any retainer or other assurances of payment, the court may consider (i) the risk that the case will be converted or dismissed, (ii) whether the estate has unencumbered assets from which to pay the trustee, (iii) the amount of work that the trustee must or should undertake, and (iv) any other relevant facts and circumstances. Any retainer remains the property of the bankruptcy estate and must be held by the trustee and not be disbursed unless otherwise ordered by the court …

Each of the factors in LBR 2016-1(e) are addressed below.

2.    Analysis of the first factor is "the risk that the case will be converted or dismissed."  The voluntary petition indicates that there are no unsecured creditors in this case.  Rather, the case appears to be a two party dispute between the Debtor and Citadel Servicing Corp. ("Citadel") (or the lender that Citadel represents).  *See* Docket No. 1, at 15.  Further, the Schedules do not include any unsecured creditors. *See* Docket No. 11, at 9-10.  While there appears to be equity in the Debtor's primary asset (real property located at 25665 Mulholland Hwy., Calabasas, CA 91302), there is no certainty that there will be a purchaser for the property, particularly given that it is an expensive property in an exclusive area.

STRADLING YOCCA
CARLSON & RAUTH

-1-

3. With respect to the second factor, "whether the estate has unencumbered assets from which to pay the trustee," as stated above, it appears that the value of the Debtor's real property exceeds the claims against it.

4. With respect to the third factor, "the amount of work the trustee must or should undertake," the Trustee is required to, among other things, attend the initial debtor interview and review the 7 day package in connection therewith, attend the section 341(a) meeting of creditors, attend status conferences and review reports in connection therewith, and attempt to facilitate a consensual plan. At a minimum, the Trustee estimates that he will be required to expend at least 8 hours on this matter and potentially more.

5. With respect to the fourth factor, "any other relevant facts and circumstances", the Trustee asserts that a monthly retainer is appropriate here as a matter of fairness and equity. The Debtor's counsel received a retainer of $20,000 prior to the filing of this case. *See* Docket No. 11, at 15.

6. The Trustee submits that, like Debtor's counsel in this case, he should also be afforded a retainer. "It appears that the Subchapter V Trustee is the only administrative creditor who does not have reasonable assurances of a source of payment in this case. There is no reason why the Subchapter V Trustee should take the risk of nonpayment in this case where other administrative claimants are not taking that risk." *In re Roe,* 2024 WL 206678 *1, *5 (Bankr. D. Or. Jan.18, 2024). *See also In re New York Hand & Physical Therapy PLLC,* 2023 WL 2962204 *1, *4 (Bankr. S.D.N.Y. 2024) (bankruptcy court conditioned dismissal on the debtor's payment of subchapter V trustee fees).

7. Based on the foregoing and on LBR 2016-1(e), the Trustee respectfully requests that the Court enter an order: (a) granting the Request and ordering that the Debtor shall (i) pay the Trustee an additional $2,000 the first month after entry of an order approving this Request, and $750 for each subsequent month during the pendency of this case, with such payment being paid on the first

day of each calendar month except with the first payment made immediately following the hearing on this request; and (b) providing that the Trustee shall hold the payments in trust in a segregated estate account to be paid only upon entry of a further order approving and allowing the Trustee's fees.

DATED:  April 29, 2026                    STRADLING YOCCA CARLSON &
                                          RAUTH LLP


                                          By:  /s/ Gregory K. Jones
                                               Gregory K. Jones
                                               Subchapter V Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 N. Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (specify): **Subchapter V Trustee's Motion and Request for Retainer Pursuant to Local Bankruptcy Rule 2016-1(E)**
will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **04/29/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service List

[ X ] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[  ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _04/29/2026_____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Martin R. Barash
United States Bankruptcy Court, Central District of California
San Fernando Valley Division
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

[]Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/29/2026 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

## *SERVICE LIST*

***1:26-bk-10496-MB Notice will be electronically mailed to:***

*Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)*
*russell.clementson@usdoj.gov*

*Gregory Kent Jones (TR)*
*gjones@sycr.com,*
*smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com*

*Roksana D. Moradi-Brovia on behalf of Debtor Regal Investment Properties LLC*
*Roksana@rhmfirm.com,*
*matt@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscill
a@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;le
sley@rhmfirm.com*

*Matthew D. Resnik on behalf of Debtor Regal Investment Properties LLC*
*matt@rhmfirm.com,*
*roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;pri
scilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.co
m;david@rhmfirm.com*

*Edward A Treder on behalf of Interested Party Courtesy NEF*
*cdcaecf@bdfgroup.com*

*United States Trustee (SV)*
*ustpregion16.wh.ecf@usdoj.gov*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 N. Santa Monica Blvd., Suite 1450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/29/2026   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached Service List

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 04/29/2026   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Martin R. Barash
United States Bankruptcy Court, Central District of California
San Fernando Valley Division
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/29/2026 | Suzanne Johnson | /s/ Suzanne Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## *SERVICE LIST*

**1:26-bk-10496-MB Notice will be electronically mailed to:**

*Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)*
*russell.clementson@usdoj.gov*

*Gregory Kent Jones (TR)*
*gjones@sycr.com,*
*smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com*

*Roksana D. Moradi-Brovia on behalf of Debtor Regal Investment Properties LLC*
*Roksana@rhmfirm.com,*
*matt@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscill
a@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;le
sley@rhmfirm.com*

*Matthew D. Resnik on behalf of Debtor Regal Investment Properties LLC*
*matt@rhmfirm.com,*
*roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;pri
scilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.co
m;david@rhmfirm.com*

*Edward A Treder on behalf of Interested Party Courtesy NEF*
*cdcaecf@bdfgroup.com*

*United States Trustee (SV)*
*ustpregion16.wh.ecf@usdoj.gov*